# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156986 & (13)(20)(27)(30)

*In re* ANGEL BARTLETT

_____

LORRAINE POPE,
        Petitioner-Appellee,

v

ANGEL BARTLETT,
        Respondent-Appellant.

SC: 156986
COA: 341256
Allegan Probate Court:
13-058016-MI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 5, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



a0226

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2018



Clerk